## HARMON *v.* HARMON.

No. 842.   Decided May 15, 1961.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## SCHAENGOLD *v.* CITY OF CINCINNATI.

No. 846.   Decided May 15, 1961.

*Melvin Edward Schaengold,* appellant, *pro se.*

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.